**MANDATE**

# UNITED STATES COURT OF APPEALS
for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty-three,

---

James I. Wynn, Sr.,

    Plaintiff - Appellant,

v.

Phillip Lytle, LLP, Esq. Richard Evans, Cheswold (TL) LLC, Lorenzo Napolitano, Esq. Referee, Monroe County Director of Finance, William Fant, Gerda B. Cassara, William C. Rieth, Esq., Mark Updegraff, AKA Ward Redux, Tower DBW II Trust 2012-2 DBW II Trust 2012-1, PHH Mortgage Corporation, DBA PHH Mortgage Services s/h/a PHH Mortgage Services,

    Defendants - Appellees,

Judge Paul R. Warren, Judge Thomas E. Moran, Judge Sam L. Valleriani,

    Defendants.

---

**ORDER**
Docket Number: 23-942

A notice of appeal was filed on June 20, 2023. Appellant's brief and any required appendix, due November 9, 2023, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective December 8, 2023 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/03/2024